1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Margaret Ramsey

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 MARGARET RAMSEY,              ) Case No.: CV 12-1014 DOC (SH)
                                 )
12        Plaintiff,             ) {PROPOSED} ORDER AWARDING
                                 ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                        ) ATTORNEY FEES AND EXPENSES
                                 ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,            ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                               )
          Defendant              )
16 _____)

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,500.00 as
20
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
   DATE: 11-2-12
22
                                    /s/ Stephen J. Hillman
23                                  THE HONORABLE STEPHEN J. HILLMAN
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

                                        -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Steven G. Rosales*

4  Steven G. Rosales
   Attorney for plaintiff Margaret Ramsey

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26